UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERESA SCHERER THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> HUGHES, WATTERS, & ASKANASE, ) <br> LLP, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:13-CV-0429-G (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the Court. The plaintiff's motion for temporary restraining order, received January 30, 2013 (docket entry 7), is **DENIED**.

   **SO ORDERED**.

February 27, 2013.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**