UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERESA SCHERER THOMPSON, )<br>)<br>Plaintiff, )<br>) | CIVIL ACTION NO. |
| VS. )<br>) | 3:13-CV-0429-G (BH) |
| HUGHES, WATTERS & ASKANASE, )<br>LLP, )<br>)<br>Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Since plaintiff has not timely filed an amended complaint as allowed by the recommendation, Hughes, Watters & Askanase, L.L.P.'s motion to dismiss pursuant

to FED. R. CIV. P. 12(b)(6), filed February 19, 2013 (docket entry 13), is

**GRANTED**.  By separate judgment, plaintiff's claims against defendant will be

**DISMISSED** with prefudice for failure to state a claim.

    **SO ORDERED**.

August 20, 2013.

                                                   _____
                                                   **A. JOE FISH**
                                                   **Senior United States District Judge**